# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** TLC Americas LLC              **Case Number:** 10-17716              **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

Final Hearing:
#3 Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing Debtor to Obtain Post-Petition Financing
#50 Objection by U.S. Trustee   OPPOSING: Paula R.C. Bachtell

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
  3,50   DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

A proposed order shall be submitted.


IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Joan N. Feeney

_____                    _____ Dated: 08/18/2010
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge